FILED

FEB 23 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:98-cr-5116 |
| Plaintiff, | **ORDER CLAIRIFYING THAT THE FDIC IS RECEIVER FOR HOME SAVINGS OF AMERICA FOR PURPOSES OF RECEIVING RESTITUTION** |
| v. | |
| JASON LEVI GARZA, a.k.a. JASON MILLER, | |
| Defendant. | |

Defendant Jason Levi Garza pled guilty to one count of armed bank robbery and aiding and abetting on August 17, 1998. Doc. 22. Restitution was ordered in the amount of $9,192.00 to be paid to Home Savings of America (FDIC # 15919. Docs. 36, 37 at 5. Home Savings of America merged into Washington Mutual Bank (FDIC # 32633) on October 3, 1998.[1] On September 25, 2008, Washington Mutual Bank failed and the Federal Deposit Insurance Corporation ("FDIC") was appointed Receiver.[2] As Receiver, the FDIC may collect all obligations and money due the institution. 12 U.S.C. 1821(d)(2)(b)(ii). A majority of Washington Mutual's assets and liabilities were transferred to JPMorgan Chase Bank. *Id*. However, the purchase agreement between the FDIC as Receiver and JPMorgan as purchaser

---

[1] *See* Home Savings Bank Detail Page, accessable at https://research.fdic.gov/bankfind/detail.html?bank=15919&name=Home%20Savings%20of%20America,%20FSB&searchName=&searchFdic=15919&city=&state=&zip=&address=&searchWithin=&activeFlag=&tabId=2 last accessed Feb. 23, 2016.

[2] *See* WAMU Failed Bank Statement, accessible at https://www.fdic.gov/bank/individual/failed/wamu_settlement.html last accessed Feb. 23, 2016.

specifically excluded "any criminal restitution orders issued in favor of [Washington Mutual or its predecessors in interest]" from the purchase agreement.[3] The restitution ordered to be paid in the above-referenced case number is due to the FDIC as receiver for Washington Mutual Bank.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is respectfully directed to forward any collected but undistributed restitution and any future restitution payments made in reference to this case to the FDIC as Receiver for Washington Mutual Bank;

2. The $75.00 in restitution being held as unclaimed funds in relation to this case is to be paid to the FDIC as Receiver for Washington Mutual Bank.

IT IS SO ORDERED.

Dated: 2/23/16

_____
SENIOR DISTRICT JUDGE

---

[3] WAMU Purchase and Assumption Agreement, Schedule 3.5, accessible at https://www.fdic.gov/about/freedom/Washington_Mutual_P_and_A.pdf last accessed Feb. 23, 2016.